In re Kenneth Wayne BUELL, Appellant.

No. 01–03–00352–CV.

Court of Appeals of Texas, Houston (1st Dist.).

May 29, 2003.

Thomas R. Steinmeyer, Richmond, TX, for Appellant.

Melinda Brents, Assistant County Attorney, Houston, TX, for Appellee.

Panel consists of Justices HEDGES, NUCHIA, and HIGLEY.

**OPINION**

PER CURIAM.

This is an appeal from a judgment signed March 21, 2003. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but he has not paid the appellate filing fee. On, April 29, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, his appeal would be dismissed. The 15 days have expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.